**DISMISS; and Opinion Filed January 29, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01204-CV

### LOUISE HENDERSON, Appellant
### V.
### THE HOUSING AUTHORITY FOR THE CITY OF DALLLAS, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-04751-E**

# MEMORANDUM OPINION

Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Justice Brown

The clerk's record in this case is past due. By letter dated December 6, 2017, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, written verification of payment or arrangements to pay for the clerk's record or written verification appellant had been found entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, the clerk's record has not been filed and appellant has not provided the required documentation regarding the clerk's record nor otherwise corresponded with the Court.

We dismiss this appeal for want of prosecution.  *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Ada Brown/
ADA BROWN
JUSTICE


171204F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LOUISE HENDERSON, Appellant

No. 05-17-01204-CV        V.

THE HOUSING AUTHORITY FOR THE
CITY OF DALLLAS, Appellee

On Appeal from the County Court at Law
No. 5, Dallas County, Texas
Trial Court Cause No. CC-17-04751-E.
Opinion delivered by Justice Brown. Chief
Justice Wright and Justice Evans
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee THE HOUSING AUTHORITY FOR THE CITY OF DALLLAS recover its costs of this appeal from appellant LOUISE HENDERSON.

Judgment entered this 29th day of January, 2018.